1
2
3
4
5
6
7
8

9                            UNITED STATES DISTRICT COURT
10                          NORTHERN DISTRICT OF CALIFORNIA
11                                   SAN JOSE DIVISION

12  PHOTON CONTROL, INC.,               )    Case No.: C 10-04221 PVT
                                        )
13             Plaintiff,               )    **ORDER SETTING DEADLINE FOR PARTIES**
        v.                              )    **TO FILE EITHER A "CONSENT TO**
14                                      )    **PROCEED BEFORE A UNITED STATES**
    ABZIL NORTH AMERICA, INC.,          )    **MAGISTRATE JUDGE," OR ELSE A**
15                                      )    **"DECLINATION TO PROCEED BEFORE A**
               Defendant.               )    **UNITED STATES MAGISTRATE JUDGE AND**
16  _____ )    **REQUEST FOR REASSIGNMENT"**
                                        )
17

18         On October 29, 2010, defendant Abzil North America, Inc. moved to compel arbitration, to

19  dismiss the action, or alternatively, to stay the action in its entirety pending the outcome of the

20  arbitration proceedings.  This case has been assigned to a Magistrate Judge.  Before the court takes

21  any action on the motions, the court must determine whether or not all of the parties who have

22  appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request

23  reassignment to a District Judge.  Therefore,

24         IT IS HEREBY ORDERED that no later than November 10, 2010, each party who has not

25  already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

26  else a "Declination to Proceed Before a United States Magistrate Judge and Request for

27  Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

28

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated: November 1, 2010

3 | _____
PATRICIA V. TRUMBULL
4 | United States Magistrate Judge