UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PHOTON CONTROL, INC., | ) | Case No.: 10-CV-04221-LHK |
| | ) | |
| Plaintiff, | ) | ORDER SETTING BRIEFING |
| v. | ) | SCHEDULE REGARDING FEBRUARY |
| | ) | 17, 2011 MOTION HEARING |
| AZBIL NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On November 9, 2010, this case was reassigned to this Court.  Defendant's motion to compel arbitration and to dismiss or stay proceedings was then re-noticed for a hearing date of February 17, 2011.  *See* Dkt. #19.  The Court finds it appropriate to order expedited briefing on this motion.  Accordingly, Plaintiff's opposition or statement of non-opposition is due by Friday, January 14, 2011.  Any reply is due by Friday, January 21, 2011.

**IT IS SO ORDERED.**

Dated: December 10, 2010

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04221-LHK
ORDER SETTING BRIEFING SCHEDULE

United States District Court
For the Northern District of California