UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHOTON CONTROL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AZBIL NORTH AMERICA, INC., <br><br> Defendant. | CASE NO. 5:10-CV-04221-LHK <br><br> **STIPULATION FOR EXTENSION OF TIME AND CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** <br><br> [Civil Local Rule 6-1(b)] |

BACKGROUND

Plaintiff Photon Control, Inc. filed its complaint herein against Defendant Azbil North America, Inc. ("Azbil," and collectively, the "Parties') on September 17, 2010.  The Parties stipulated for an extension of time for Azbil to have through and including October 29, 2010 to file its response to Plaintiff's complaint.  Azbil filed its Motion to Compel Arbitration and To Dismiss or Stay Proceedings (the "Motion") on October 29, 2010 (*Dkt. #11*).

On December 10, 2010, the Court issued its Order Setting Briefing Schedule (*Dkt. #22*), and on January 7, 2011, the Court issued a Modified Order Continuing Motion Hearing and Case Management Conference pursuant to the Parties' stipulation (*Dkt. #24*).  The Order set forth a modified briefing schedule, with Plaintiff's Opposition or Statement of Non-opposition due on or

1  before February 4, 2011, Defendant's Reply due on or before February 11, 2011, and the motion
2  hearing and Case Management Conference continued to March 10, 2011.
3        On February 3, 2011, Azbil filed a notice of withdrawal without prejudice of the Motion
4  (*Dkt. #25)*, and the Parties stipulated for an extension of time for Azbil to have through and
5  including May 16, 2010 to file its response to Plaintiff's complaint and requested that the initial
6  case management conference be continued to May 16, 2011 *(Dkt. #26)*.  On February 4, 2011,
7  the Court issued an Order Granting, as Modified, Joint Stipulation to Continue Case
8  Management Conference to April 13, 2011, pursuant to the Parties' stipulation (*Dkt. #28*).  The
9  Order set forth a modified schedule, with Azbil's response to Plaintiff's complaint due on or
10 before April 6, 2011.
11       The parties are nearing completion of the settlement process. Communication issues
12 between the U.S. and Japan, the pendency of related litigation in Santa Clara County Superior
13 Court, and most recently, this month's earthquakes and tsunamis in Japan have delayed the
14 settlement process.  Notwithstanding these issues, the parties have now reached a settlement
15 agreement that would dispose of this matter, and are merely awaiting execution of the final
16 settlement papers.  Both parties agree that suspending litigation activities until mid-April would
17 facilitate resolution of this case, in part by allowing Azbil's representatives in Japan, whose daily
18 operations are still hindered by the after effects of the recent earthquakes and tsunamis, to review
19 and execute the documents.  We respectfully ask the Court's patience in accommodating this
20 additional extension request.  While we recognize that nothing is certain until the settlement
21 documents are fully executed, both parties anticipate that the case will be settled.
22
23                       STIPULATION
24       For the foregoing reasons, and pursuant to Local Rules 6-1, 6-2, 16-2(e), and 7-12, the
25 parties hereto stipulate, by and through their attorneys:
26       (1)    that Azbil may have through and including April 20, 2011 to file its response to
27 Plaintiff's complaint; and
28       (2)    that the initial case management conference be continued to April 20, 2011, or

1  such later date as is convenient to the Court, with the other dates set by the Order Setting Initial

2  Case Management Conference and ADR Deadlines (*Dkt. #3*) continued accordingly.

3       IT IS SO STIPULATED.

4

5  Dated: March 30, 2011                                    Dated: March 30, 2011

6  DORSEY & WHITNEY LLP                              LATHAM & WATKINS LLP

7

8  By_____/s/_____                     By_____/s/_____
   DOUGLAS F. STEWART                                 PETER P. CHEN
9  Attorneys for Plaintiff                              Attorneys for Defendant
   PHOTON CONTROL, INC.                               AZBIL NORTH AMERICA, INC.
10

11     I, Peter P. Chen, am the ECF User whose ID and password are being used to file this
   Stipulation for Extension of Time.  In compliance with General Order 45, X.B., I hereby attest
12 that Douglas F. Stewart has concurred in this filing.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

GOOD CAUSE APPEARING DUE TO THE EXISTENT CIRCUMSTANCES REPRESENTED BY THE PARTIES, IT IS HEREBY ORDERED THAT:

(1) Azbil has through and including April 20, 2011 to file its response to Plaintiff's complaint;

(2) Absent settlement, a case management conference will be held on April 20, 2011, and the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (*Dkt. #3*) are continued accordingly, with a Joint Case Management Statement due by April 13, 2011.

(3) Once the final settlement papers are executed, as the parties anticipate they will be soon, the parties should file a stipulation of dismissal as soon as practicable, but in any event, no later than April 13, 2011.

(4) The Court will not grant any further continuances with respect to the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED: March 31, 2011

_____
THE HONORABLE LUCY H. KOH
United States District Judge